John F. Martin, Walnut Creek, CA, for Plaintiff–Appellee.

Cornelius J. Callahan, Stephanie Y. Wu, Borton Petrini LLP, Modesto, CA, for Defendants–Appellants.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

State of **ARIZONA; Terry L. Goddard,** **Attorney General for the State of Arizona; Arizona Department of Law, Civil Rights Division, Plaintiffs–Appellees,**

**Angela Aguilar, Intervenor–Plaintiff–Appellee,**

v.

**ASARCO LLC, Defendant–Appellant.**

No. 11–17484.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 2014.

Ann Ruth Hobart, Esquire, Assistant Attorney General, Leslie Ross, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Plaintiffs–Appellees.

Jenne S. Forbes, Waterfall Economidis Caldwell Hanshaw & Villamana, PC, Tucson, AZ, for Intervenor–Plaintiff–Appellee.

David T. Barton, Brian Alexander Howie, Eric B. Johnson, Quarles & Brady, LLP, Phoenix, AZ, for Defendant–Appellant.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

**UNITED STATES of America,** **Plaintiff–Appellee,**

v.

**John R. MALONEY, Defendant–Appellant.**

No. 11–50311.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted En Banc Sept. 19, 2013.

Filed Feb. 28, 2014.